UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

VINCENT WASHINGTON                                  :

                                                    :

                         Plaintiff(s)        :        **JUDGMENT**
              (vs)                                    :          09-
                                                        Civil #0-02361   (RBK)
BAYSIDE STATE PRISON, ET AL.                 :

                                                    :

                         Defendant(s)

------------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on June 17, 2009 and no timely objection having been filed,

IT IS, on this 14th day of September  2010

ORDERED that the report of Hon. John W. Bissell dated June 17, 2009

is hereby affirmed and Judgment be entered in favor of **plaintiff VINCENT WASHINGTON**

and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of

$5,500.00 together with costs of  suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and

hereby are dismissed.

HON. ROBERT B. KUGLER, U.S.D.J.